IN RE:  **FILED**  CASE NO. 05-56074

JEFFREY L. MILLER  2009 SEP 10 PM 3:09  CHAPTER 7

Debtor  U.S. BANKRUPTCY COURT  REPORT OF UNCLAIMED
NORTHERN DISTRICT OF OHIO  <u>DIVIDEND</u>

    Harold A. Corzin, Trustee herein, reports that check #105 was issued on May 14, 2009 to the following claimant as and for a first and final dividend in this estate, in the amount set forth below, but that said check has not been negotiated. The Trustee thus issues check #111 to the Clerk of Courts in the amount of $41.27 as and for an unclaimed dividend herein for the Claimant as set forth in the attached Stale Check Report.

                                            /s/ Harold A. Corzin
                                HAROLD A. CORZIN, TRUSTEE
                                304 N. Cleveland-Massillon Road
                                Akron, Ohio 44333
                                (330) 670-0770
                                (330) 670-0297 Facsimile
                                <u>Harold.corzin@psinet.com</u>

September 8, 2009

cc: U. S. Trustee

# Stale Check Report

Trustee: HAROLD A. CORZIN (550340)
Case: 05-56074 - MILLER, JEFFREY L.

| Account No. | Check No. | Issued | Payee |
|---|---|---|---|
| 312-0816252-66 | 111 | 09/02/09 | U. S. BANKRUPTCY COURT |

| Claim No. | Cancelled Check No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Check Amount | Cancelled Payment |
|---|---|---|---|---|---|---|---|---|---|
| 4 | 105 | 01/06/06 | 610 | Village Of Lakemore<br>3355 Richmond Rd.<br>Suite 221<br>Beachwood, OH 44122 | 300.00 | 300.00 | 41.27 | $41.27 | 41.27 |

*Ck #111
receipt # 80888*

(*) Denotes objection to Amount Filed