| IN RE: | FILED | CASE NO. 05-56074 |
|---|---|---|
| JEFFREY L. MILLER | 2009 SEP 10 PM 2:09 | CHAPTER 7 |
| Debtor | US BANKRUPTCY COURT NORTHERN DISTRICT OF OHIO | REPORT OF UNCLAIMED DIVIDEND |

    Harold A. Corzin, Trustee herein, reports that check #102 was issued on May 14, 2009 to the following claimant as and for a first and final dividend in this estate, in the amount set forth below, but that said check has not been negotiated. The Trustee thus issues check #110 to the Clerk of Courts in the amount of $37.08 as and for an unclaimed dividend herein for the Claimant as set forth in the attached Stale Check Report.

 

_____
HAROLD A. CORZIN, TRUSTEE
304 N. Cleveland-Massillon Road
Akron, Ohio 44333
(330) 670-0770
(330) 670-0297 Facsimile
Harold.corzin@psinet.com

September 8, 2009

cc: U. S. Trustee

# Stale Check Report

Trustee: HAROLD A. CORZIN (550340)
Case:    05-56074 - MILLER, JEFFREY L.

| Account No. | Check No. | Issued | Payee | | | Check Amount |
|---|---|---|---|---|---|---|
| 312-0816252-66 | 110 | 09/02/09 | U. S. BANKRUPTCY COURT | | | $37.08 |

| Claim No. | Cancelled Check No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Cancelled Payment |
|---|---|---|---|---|---|---|---|---|
| 1 | 102 | 12/22/05 | 610 | Mill Pond Family Physicians<br>3033 State Rd<br>Cuyahoga Falls, OH 44223-3614 | 269.50 | 269.50 | 37.08 | 37.08 |

*Handwritten: Ck #110 receipt #80888*

(*) Denotes objection to Amount Filed