IN RE:                 FILED      CASE NO. 05-56074-S

JEFFREY L. MILLER      2010 OCT 26 AM 11:52     CHAPTER 7
MELISSA A. MILLER
       Debtor       U.S. BANKRUPTCY COURT    REPORT OF DIVIDEND
                     NORTHERN DISTRICT OF OHIO    UNDER FIVE DOLLARS
                             AKRON

     Harold A. Corzin, Trustee herein, reports that check #10116 in the amount of $10.93 was issued on October 13, 2010 to the Clerk of Courts in payment of dividend under $5.00 for the following unsecured creditors:

                                                       Amt. of Dividend

Claim #1      Mill Pond Family Physicians      $    3.37
              3033 State Rd
              Cuyahoga Falls, OH   44223-3614

Claim #3      Emillio D. Ferrara, DDS          $    1.75
              1930 State Route 59
              Suite E
              Kent, Ohio 44240

Claim #4      Village Of Lakemore             $    3.76
              25001 Emery Road
              Suite 100
              Cleveland, OH 44128

Claim #6      Republic Waste                  $    2.05
              2600 Erie St S
              Massillon, OH   44646-7951

TOTAL:                                              $    10.93

*Ck # 10116*
*receipt # 81874*

                                             HAROLD A. CORZIN, TRUSTEE
                                             304 N. Cleveland-Massillon Rd.
                                             Akron, Ohio 44333
                                             (330) 670-0770

October 20, 2010